IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE SCANLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4448 |
| RICHARD HUFFNAGLE, ET AL. | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, November 21, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date: September 10, 2002

Copies:	Rita Dougherty, Courtroom Deputy to Judge Fullam
Docket Clerk - Case File

Counsel:	Leonard B. Edelstein, Esq.
Patrick J. Hasson, Esq.

ARB2.FRM