IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE SCANLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4448 |
| RICHARD HUFFNAGLE, ET AL. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on **Tuesday, December 17, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                                            Michael E. Kunz
                                                                            Clerk of Court

**Case continued from November 14, 2002.

                                                                            By:_____
                                                                            Stephen Sonnie
                                                                            Deputy Clerk
                                                                            Phone:267-299-7074

Date:<u>November 15, 2002</u>

Copies:       Rita Dougherty, Courtroom Deputy to Judge Fullam
                Docket Clerk - Case File

               Counsel:       Leonard B. Edelstein, Esq.
                                 Patrick J. Hasson, Esq.

ARB2.FRM