IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Suzanne Scanlon | : CIVIL ACTION |
| v. | : |
| | : No. 02-4448 |
| Richard Huffnagle, et al | : |
| | : |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Friday, January 17, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

\* Case continued from 12/17/02

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date: December 16, 2002

Copies:   Rita Dougherty, Courtroom Deputy to Judge John P. Fullam
Docket Clerk - Case File

  Counsel:      Leonard B. Edelstein, Esq.
                Patrick J. Hasson, Esq.
  Arbitrators:  Joel Kalman, Esq.
                Margot Jones, Esq.
                Linda Berman, Esq.

ARB2.FRM