IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SUZANNE SCANLON | : | Date of Notice:<br>April 10, 2003 |
| vs. | : |  |
| RICHARD HUFFNAGLE | : | CIVIL ACTION NO. 02-4448 |

TAKE NOTICE that the above-captioned matter is scheduled for __TRIAL DE NOVO__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on June 23, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON  4/10/03   TO:  Leonard B. Edelstein, Esquire
                                   Patrick J. Hasson, Esquire